1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JAMES WILLIAMS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. 1:09-cr-00348 OWW
                                    )
12 |            Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING;
13 |       v.                       )   ORDER
                                    )
14 | JAMES WILLIAMS,                )   Date:  April 12, 2010
                                    )   Time:  9:00 a.m.
15 |            Defendant.          )   Court: Hon. Oliver W. Wanger
                                    )
16 |_____    )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for

20 March 22, 2010, **may be continued to April 12, 2010, at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and case preparation prior to hearing. The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4  BENJAMIN B. WAGNER
   United States Attorney
5

6  DATED: March 16, 2010            /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
7                                   Assistant United States Attorney
                                    Attorney for Plaintiff
8

9                                   DANIEL J. BRODERICK
                                    Federal Defender
10

11 DATED: March 16, 2010            /s/ Marc Days
                                    MARC DAYS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  JAMES WILLIAMS

14     IT IS SO ORDERED.

15 Dated:   March 17, 2010                   /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE