BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-CR-00348 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| JAMES WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

United States Attorney and Kimberly A. Sanchez, Assistant U.S.

Attorney and Marc Days, attorney for defendant, that the status

conference set for June 28, 2010 be continued to July 12, 2010 at

9:00 a.m.  The parties further agree that time will be excluded until

July 12, 2010 for plea negotiations to finalize.

Dated: June 23, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                              By    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

1

Dated: June 23, 2010                    /s/ Marc Days
                                        MARC DAYS
                                        Attorney for Defendant

IT IS SO ORDERED.

**Dated:    June 24, 2010**              _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE

2